UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

WILLIAM CARTMELL, :
:
          Plaintiff, :
:
          v. : No. 5:19-cv-1626
:
CREDIT CONTROL, LLC, :
:
          Defendant. :
_____

**O R D E R**

**AND NOW**, this 10th day of January, 2020, upon consideration of the Defendant's motion to dismiss for lack of jurisdiction, ECF No. 28, and for the reasons set forth in the Opinion of this date, IT IS HEREBY ORDERED:

Defendant's motion to dismiss, ECF No. 28, is **DENIED.**

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Court