IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**WILLIAM CARTMELL,** individually and on behalf of all others similarly situated,

        **Plaintiff,**

        -v-

**CREDIT CONTROL, LLC,**

        **Defendant.**

Civil Case Number: 5:19-cv-01626-JFL

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' May 20, 2020 Stipulation of Dismissal, all claims asserted against Defendant **CREDIT CONTROL, LLC** in Civil Action No. **5:19-cv-01626-JFL**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** __21st__ **day of May 2020.**

        /s/ Joseph F. Leeson, Jr.
        HONORABLE JOSEPH F. LEESON, JR.
        UNITED STATES DISTRICT JUDGE